```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 64163
   JEROME NICHOLS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3366

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/23/2005 and was confirmed 02/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC        CURRENT MORTG         .00             .00             .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED             .00             .00
DAIMLER CHRYSLER FINANCI   SECURED          10145.27         1270.50         6478.66
DAIMLER CHRYSLER FINANCI   UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED         1418.79             .00          427.52
RESURGENT CAPITAL SERVIC   UNSECURED          690.20             .00          173.31
CERTIFIED SERVICES         UNSECURED       NOT FILED             .00             .00
CERTIFIED SERVICES         NOTICE ONLY     NOT FILED             .00             .00
SOUTHWEST ANESTHESIA       UNSECURED          853.00             .00          257.02
SOUTHEAST ANESTHESIA       NOTICE ONLY     NOT FILED             .00             .00
DELL FINANCIAL SERVICES    UNSECURED       NOT FILED             .00             .00
DIVERSIFIED CREDIT SERVI   UNSECURED       NOT FILED             .00             .00
MED1 SUBURBAN EMERGENCY    NOTICE ONLY     NOT FILED             .00             .00
HSBC BANK NEVADA NA        UNSECURED         1931.09             .00          581.88
ECAST SETTLEMENT CORP      UNSECURED         1743.70             .00          525.42
KOMYATTASSOC               UNSECURED       NOT FILED             .00             .00
MED102 MUTUAL HOSPITAL S   NOTICE ONLY     NOT FILED             .00             .00
NICOR GAS                  UNSECURED          527.58             .00          136.89
MORTGAGE ELECTRONIC        MORTGAGE ARRE     2826.46             .00         2826.46
GLEASON & MACMASTER        DEBTOR ATTY      2,500.00                         2,500.00
TOM VAUGHN                 TRUSTEE                                             913.34
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              16,091.00

PRIORITY                                           .00
SECURED                                       9,305.12
   INTEREST                                   1,270.50

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 64163 JEROME NICHOLS
```

```
UNSECURED                                              2,102.04
ADMINISTRATIVE                                         2,500.00
TRUSTEE COMPENSATION                                     913.34
DEBTOR REFUND                                                .00
                                  ----------------    ----------------
TOTALS                                 16,091.00          16,091.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 07/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```